467 A.2d 46

Commonwealth v. Mills, Appellant.

Submitted May 13, 1983. Oscar Gaskins, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.